```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DIANA TOLOZA and PORFIRIO EMICENTE, on
behalf of themselves and all others similarly
situated,

                      Plaintiffs,

    -against-

FLORIDITA RESTAURANTS, INC. d/b/a LA
FLORIDITA and RAMON DIAZ,

                     Defendants.
------------------------------------------------------------------------X

**20 Civ. 5948 (JPC) (SDA)**

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

      PLEASE TAKE NOTICE that the claims of Plaintiffs Diana Toloza and Porfirio Emicente, and opt-in plaintiff Sergio Hernandez, are hereby dismissed in their entirety, without prejudice, as against the Defendants pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), without costs or attorneys' fees to any party.

Dated:  New York, New York
           October 15, 2020

                                PECHMAN LAW GROUP PLLC

                                By:  _s/Laura Rodriguez_
                                     Louis Pechman
                                     Laura Rodriguez
                                     488 Madison Avenue, 17th Floor
                                     New York, New York 10022
                                     pechman@pechmanlaw.com
                                     rodriguez@pechmanlaw.com
                                     Tel.: (212) 583-9500
                                     *Attorneys for Plaintiffs*

It is an open question in this Circuit whether parties may settle FLSA cases without court approval or Department of Labor supervision by entering into a Rule 41(a)(1)(A) stipulation without prejudice. *See Cheeks v Freeport Pancake House, Inc.*, 796 F.3d 199, 201 n.2 (2d Cir. 2015). In light of Plaintiffs' notice of voluntary dismissal, Plaintiffs shall, by November 13, 2020, file a letter with the court stating whether a settlement has been reached.  If yes, Plaintiffs and Defendant Floridita Restaurants, Inc. shall submit *Cheeks* material.

SO ORDERED.

Date: October 26, 2020
New York, New York

                     _____
                     JOHN P. CRONAN
                     United States District Judge