# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

November 6, 2020

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re:  *Toloza, et al. v. Floridita Restaurants, Inc. et al.*,
          20 Civ. 5948 (JPC)(SDA)

Dear Judge Cronan:

    We represent the Plaintiffs in the above-referenced matter.  This letter is submitted in response to Your Honor's Order dated October 26, 2020 (ECF No. 13).  We write to inform the Court that no settlement has been reached in this matter.

    Respectfully submitted,

    *Laura Rodriguez*

    Laura Rodriguez

---

The Court has reviewed this letter and the Plaintiffs' Notice of Voluntary Dismissal, voluntarily dismissing this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. 12).

The Clerk of Court respectfully directed to close the instant case.

Date:   November 9, 2020

New York, New York

    *John P. Cronan*
    _____
    JOHN P. CRONAN
    United States District Judge